SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations

MARTIN R. BADER (Cal. Bar No. 222865)
    mbader@sheppardmullin.com
MICHAEL MURPHY (Cal. Bar No. 234695)
    mmurphy@sheppardmullin.com
KAYLA E. PAGE (Cal Bar. No. 291996)
    kpage@sheppardmullin.com
ERIC K. GILL (Cal. Bar No. 292548)
    egill@sheppardmullin.com
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone:  (858) 720-8900
Facsimile:   (858) 509-3691

Attorneys for Plaintiff
PRESTIGE FLAG MFG. CO., INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTIGE FLAG MFG. CO., INC., a California corporation, | Case No. 14-cv-2711-H-JLB |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ALL CLAIMS** |
| v. | Honorable Marilyn L. Huff |
| PAR AIDE PRODUCTS CO., a Minnesota corporation, and | |
| DOES 1–10, inclusive, | |
| Defendants. | |
| PAR AIDE PRODUCTS CO., a Minnesota corporation, | |
| Counterclaim-Plaintiff, | |
| v. | |
| PRESTIGE FLAG MFG. CO., INC., a California corporation, | |
| Counterclaim-Defendant. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Plaintiff Prestige Flag Manufacturing Co., Inc. and Defendant Par Aide Products Co. hereby jointly move, pursuant to Federal Rule of Civil Procedure 41(a)(2), for an order dismissing all claims and the counterclaims in this action as follows:

1. Plaintiff's claims against Defendant are dismissed with prejudice; and

2. Defendant's counterclaims against Plaintiff are dismissed without prejudice.

Respectfully submitted,

Dated:  February 26, 2015

                    SHEPPARD, MULLIN, RICHTER
                    & HAMPTON LLP

                    By _____*/s/ Michael Murphy*_____
                              MARTIN R. BADER
                              MICHAEL MURPHY
                              KAYLA E. PAGE
                              ERIC K. GILL
                            Attorneys for Plaintiff
                       PRESTIGE FLAG MFG. CO., INC.

1  Dated:  February 26, 2015

2                                       PERKINS COIE LLP

3
                                        By _____/s/ Philip A. Morin_____
4                                                PHILIP A. MORIN

5
                                        Philip A. Morin (SBN 256864)
6                                       PMorin@perkinscoie.com
                                        Perkins Coie LLP
7                                       11988 El Camino Real, Suite 350
                                        San Diego, CA 92130
8                                       Telephone: (858) 720-5700
                                        Facsimile: (858) 720-5799
9

10
                                        John A. Cotter (*pro hac vice*)
11                                      Glenna Gilbert (*pro hac vice*)
                                        Larkin Hoffman Daly & Lindgren Ltd.
12                                      8300 Norman Center Dr., Ste. 1000
                                        Minneapolis, MN  55437
13                                      Telephone (952) 896-3340
                                        Facsimile (952) 896-3333
14

15
                                        Attorneys for Defendant and Counter
16                                      Claimant PAR AIDE PRODUCTS CO.

17

18

19

20

21

22

23

24

25

26

27

28

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 26, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

| | |
|---|---|
| Philip A. Morin<br>Perkins Coie LLP<br>11988 El Camino Real, Suite 350<br>San Diego, CA  92130-2594<br>Telephone:  858.720.5745<br>Facsimile:  858.720.5799<br>Email:  pmorin@perkinscoie.com | Attorneys for Defendant Par Aide<br>Products Co. |
| John A. Cotter<br>Glenna Gilbert<br>Larkin Hoffman Daly & Lindgren Ltd.<br>8300 Norman Center Drive, Suite 1000<br>Minneapolis, MN  55437<br>Telephone:  952.896.3340<br>Facsimile:  952.842.1750<br>Email:  jcotter@larkinhoffman.com<br>Email:  ggilbert@larkinhoffman.com | Attorneys for Defendant Par Aide<br>Products Co. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 26, 2015

*/s/ Michael Murphy*
MICHAEL MURPHY